AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Delaware

|  |  |
|---|---|
| SUZANNE DAKESSIAN | ) ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | Civil Action No.  1 7 - 1 1 5 1 |
| WILLIAM SCHELL, IV, et al. | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* William Schell, IV
23745 Schell Road
Millsboro, DE 19966.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   THE deBRUIN FIRM, LLC
David W. deBruin (#4846)
1201 N. Orange Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 660-2744
Facsimile: (302) 650-1574

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   8/16/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 17-1151

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  William Schell, IV

was received by me on *(date)*          8/16/2017          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Personally served a summons and complaint on William Schell, IV, 23745 Schell Rd, Millsboro, DE 19966 by delivering to the postal clerk at 500 Delaware Avenue, Wilmington, DE 19801 via certified mail/return receipt on 8/16/2017 -tracking number 7012 3460 0001 7198 5154

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     8/16/2017

_____
*Server's signature*

Zahid Nawaz - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801

_____
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 3.00 |
| Certified Fee | 3.35 |
| Return Receipt Fee (Endorsement Required) | 2.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.10 |

Postmark Here

Sent To William Schell IV
Street, Apt. No.; or PO Box No. 23745 Schell Rd
City, State, ZIP+4 Milsboro DE 19966

7012 3460 0001 7198 5154

PS Form 3800, August 2006        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William Schell IV
23745 Schell Rd
Milsboro, DE 19966

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                      ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
William D Schell    8/21/17

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)             ☐ Yes

2. Article Number
(Transfer from service label)    7012 3460 0001 7198 5154

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | |
|---|---|
| SUZANNE DAKESSIAN | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| | ) |
| WILLIAM SCHELL, IV, et al. | ) ) |
| *Defendant(s)* | ) |

Civil Action No.    17 - 1 1 5 1

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mr. Dominick Daffner
23329 Huff Road
Milton, DE 19968

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    THE deBRUIN FIRM, LLC
David W. deBruin (#4846)
1201 N. Orange Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 660-2744
Facsimile: (302) 650-1574

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___8/16/17___

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 17-1151

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Dominick Daffner

was received by me on *(date)*         8/16/2017        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Personally served a summons and complaint on Dominick Daffner, 23329 Huff Rd., Milton, DE 19968 by delivering to the postal clerk at 500 Delaware Avenue, Wilmington, DE 19801 via certified mail/return receipt on 8/16/2017 -tracking number 7012 3460 0001 7198 5048

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    8/16/2017

_____
*Server's signature*

Zahid Nawaz - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801

_____
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 3.00 |
| Certified Fee | 3.35 |
| Return Receipt Fee (Endorsement Required) | 2.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.10 |

Postmark Here

Sent To
Mr. Dominick Daffner
Street, Apt. No.; or PO Box No.
23329 Huff Road
City, State, ZIP+4
Milton, DE 19968

7012 7198 0001 3460 5048

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Dominick Daffner
23329 Huff Road
Milton, DE 19968

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                          ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Dominick Daffner

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)    7012 3460 0001 7198 5048

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

|  |  |
|---|---|
| SUZANNE DAKESSIAN | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) ) ) |
| WILLIAM SCHELL, IV, et al. | ) ) ) ) |
| _Defendant(s)_ | ) |

Civil Action No.    17 - 1 1 5 1

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Punkin Chunkin Assocation
1037 S. DuPont Hwy.
Dover, DE, 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    THE deBRUIN FIRM, LLC
David W. deBruin (#4846)
1201 N. Orange Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 660-2744
Facsimile: (302) 650-1574

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____8/16/17_____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 17-1151

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Punkin Chunkin Association

was received by me on *(date)*          8/16/2017          .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Personally served a summons and complaint on Punkin Chunkin Association, 1037 S. DuPont
Hwy., Dover, DE 19901 by delivering to the postal clerk at 500 Delaware Avenue, Wilmington,
DE 19801 via certified mail/return receipt on 8/16/2017 -tracking number 7012 3460 0001 7198
5147

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:     8/16/2017

_____
Server's signature

Zahid Nawaz - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801
_____
*Server's address*

Additional information regarding attempted service, etc:



**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com ®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 3.00 |
| Certified Fee | 3.35 |
| Return Receipt Fee (Endorsement Required) | 2.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.10 |

Postmark Here

7012 3460 0001 7198 5147

Sent To *Punkin Chunkin Association*
Street, Apt. No.; or PO Box No. *1037 S. Dupont Hwy*
City, State, ZIP+4 *Dover, DE 19901*

PS Form 3800                                    See Reverse for Instructions

---

**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Punkin Chunkin Association*
*1037 S Dupont Hwy*
*Dover, DE, 19901*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

AUG 21 2017

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

USPS

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)     7012 3460 0001 7198 5147

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Delaware

|  |  |  |
|---|---|---|
| SUZANNE DAKESSIAN | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 1 7 - 1 1 5 1 |
| v. | ) ) | |
| WILLIAM SCHELL, IV, et al. | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mr. Frank Peyton
22403 Burton Road
Milton, DE 19968

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   THE deBRUIN FIRM, LLC
David W. deBruin (#4846)
1201 N. Orange Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 660-2744
Facsimile: (302) 650-1574

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _8/16/17_                    _Scarpato_
                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 17-1151

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Frank Peyton

was received by me on *(date)*        8/16/2017            .

☐ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____  on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Personally served a summons and complaint on Frank Peyton, 22403 Burton Rd., Milton, DE 19968 by delivering to the postal clerk at 500 Delaware Avenue, Wilmington, DE 19801 via certified mail/return receipt on 8/16/2017 -tracking number 7012 3460 0001 7198 5185

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     8/16/2017

_____
*Server's signature*

Zahid Nawaz - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801

_____
*Server's address*

Additional information regarding attempted service, etc:



**U.S. Postal Service** ™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 3.00 |
| Certified Fee | 3.35 |
| Return Receipt Fee (Endorsement Required) | 2.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.10 |

Postmark Here

USPS 19850

Sent To Mr. Frank Pexton
Street, Apt. No.; or PO Box No. 22403 Burton Rd.
City, State, ZIP+4 Milton, DE 19968

7012 7198 0001 3460 5185

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Frank Pexton
22403 Burton Rd.
Milton, DE 19968

2. Article Number
(Transfer from service label)
7012 3460 0001 7198 5185

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   Robert F. Payton   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AUG 19

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Delaware

| | |
|---|---|
| SUZANNE DAKESSIAN | ) <br> ) <br> ) <br> ) |
| *Plaintiff(s)* | ) |
| v. | )     Civil Action No.   **17 - 1 1 5 1** <br> ) |
| WILLIAM SCHELL, IV, et al. | ) <br> ) <br> ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mr. Frank Shade
28 Madison Avenue
Lewes, DE 19958

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    THE deBRUIN FIRM, LLC
David W. deBruin (#4846)
1201 N. Orange Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 660-2744
Facsimile: (302) 650-1574

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___8/10/17___

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 17-1151

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Frank Shade

was received by me on *(date)*   8/16/2017   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   Personally served a summons and complaint on Frank Shade, 28 Madison Ave., Lewes, DE
19958 by delivering to the postal clerk at 500 Delaware Avenue, Wilmington, DE 19801 via
certified mail/return receipt on 8/16/2017 -tracking number 7012 3460 0001 7198 5161

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   8/16/2017

_____
*Server's signature*

Zahid Nawaz - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801

_____
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 3.00 |
| Certified Fee | 3.35 |
| Return Receipt Fee (Endorsement Required) | 2.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.10 |

Postmark Here

Sent To: Mr. Frank Shade

Street, Apt. No.; or PO Box No.: 28 Madison Ave

City, State, ZIP+4: Lewes, DE 19958

7012 3460 0001 7198 5161

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Frank Shade
28 Madison Ave
Lewes DE 19958

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Frank Shade_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name) _FRANK SHADE_   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7012 3460 0001 7198 5161

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | |
|---|---|
| SUZANNE DAKESSIAN<br>_____<br>*Plaintiff(s)*<br>v.<br><br>WILLIAM SCHELL, IV, et al.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  **17 - 1 1 5 1**<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mr. Terry Brewster
25372 Estate Drive
Georgetown, DE 19947

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     THE deBRUIN FIRM, LLC
David W. deBruin (#4846)
1201 N. Orange Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 660-2744
Facsimile: (302) 650-1574

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___8/16/17___                          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-1151

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Terry Brewster

was received by me on *(date)*          8/16/2017          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Personally served a summons and complaint on Terry Brewster, 25372 Estate Dr., Georgetown, DE 19947 by delivering to the postal clerk at 500 Delaware Avenue, Wilmington, DE 19801 via certified mail/return receipt on 8/16/2017 -tracking number 7012 3460 0001 7198 5031

My fees are $ _____ for travel and $ _____ for services, for a total of $          0.00          .

I declare under penalty of perjury that this information is true.

Date:          8/16/2017

_____
*Server's signature*

Zahid Nawaz - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801

_____
*Server's address*

Additional information regarding attempted service, etc:



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | | |
|---|---|---|
| Postage | $ | 3.00 |
| Certified Fee | | 3.35 |
| Return Receipt Fee (Endorsement Required) | | 2.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 9.10 |

Postmark Here

Sent To Mr. Terry Brewster
Street, Apt. No.; or PO Box No. 25372 Estate Drive
City, State, ZIP+4 Georgetown, DE 19947

PS Form 3800, August 2006          See Reverse for Instructions

7012 3460 0001 7198 5031

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Terry Brewster
25372 Estate Drive
Georgetown, DE 19947

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]          ☐ Agent
                       ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
TERRY BREWSTER

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)      7012 3460 0001 7198 5031

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | | |
|---|---|---|
| SUZANNE DAKESSIAN | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | Civil Action No. **1 7 - 1 1 5 1** |
| v. | | |
| WILLIAM SCHELL, IV, et al. | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mr. David Quigly
20356 Cool Spring Road
Milton, DE 19968

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    THE deBRUIN FIRM, LLC
David W. deBruin (#4846)
1201 N. Orange Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 660-2744
Facsimile: (302) 650-1574

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __8/16/17__     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-1151

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   David Quigly

was received by me on *(date)*          8/16/2017          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Personally served a summons and complaint on David Quigly, 20356 Cool Spring Rd., Milton, DE 19968 by delivering to the postal clerk at 500 Delaware Avenue, Wilmington, DE 19801 via certified mail/return receipt on 8/16/2017 -tracking number 7012 3460 0001 7198 5093

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:     8/16/2017

_____
*Server's signature*

_____
Zahid Nawaz - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801

_____
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service**TM
**CERTIFIED MAIL**TM **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

**For delivery information visit our website at www.usps.com**®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 3.00 |
| Certified Fee | 3.35 |
| Return Receipt Fee (Endorsement Required) | 2.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.10 |

Postmark Here

Sent To  Mr. David Quigly
Street, Apt. No.; or PO Box No.  20356 Cool Spring Rd.
City, State, ZIP+4  Milton, DE 19968

PS Form 3800, August 2006          See Reverse for Instructions

7012 3460 0001 7198 5093

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Mr. David Quigly
    20356 Cool Spring Rd.
    Milton, DE 19968

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☒ Addressee

B. Received by (Printed Name)  DAVID Quigley  C. Date of Delivery 8-21-17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)   7012 3460 0001 7198 5093

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | | |
|---|---|---|
| SUZANNE DAKESSIAN | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  17 - 1 1 5 1 |
| | ) | |
| WILLIAM SCHELL, IV, et al. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  McCulley, Eastham, and Associates, Inc.
Coal Branch Road
Greenup, KY 41144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  THE deBRUIN FIRM, LLC
David W. deBruin (#4846)
1201 N. Orange Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 660-2744
Facsimile: (302) 650-1574

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  8/16/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 17-1151

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   McCulley, Eastham, and Associates, Inc.

was received by me on *(date)*          8/16/2017          .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Personally served a summons and complaint on McCulley, Eastham, and Associates, Inc.,
Coal Branch Road, Greenup, KY 41144 by delivering to the postal clerk at 500 Delaware
Avenue, Wilmington, DE 19801 via certified mail/return receipt on 8/16/2017 -tracking number
7012 3460 0001 7198 5062

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:      8/16/2017

_____
*Server's signature*

Zahid Nawaz - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801

_____
*Server's address*

Additional information regarding attempted service, etc:



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 3.00 |
| Certified Fee | 3.35 |
| Return Receipt Fee (Endorsement Required) | 2.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.10 |

Postmark Here

WILMINGTON DE-MDWS
2017
AUG
USPS-19850

Sent To: McCulley, Eastham & Associates, Inc.
Street, Apt. No.; or PO Box No. Coal Branch Road
City, State, ZIP+4 Greenup, KY 41144

7012 3460 0001 7198 5062

PS Form 3800, August 2006            See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

McCulley, Eastham, And Associates, Inc. Greenup, KY 41144

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Angie Eastham   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Angie Eastham
C. Date of Delivery: 8-23-17

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

PO Box 320 Greenup KY 41144

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7012 3460 0001 7198 5062

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Delaware

|  |  |  |
|---|---|---|
| SUZANNE DAKESSIAN | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | Civil Action No.   17 - 1 1 5 1 |
| v. | ) ) | |
| WILLIAM SCHELL, IV, et al. | ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Wheatley Farms, Inc.
19115 Freeland Lane
Bridgeville, DE, 19933

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     THE deBRUIN FIRM, LLC
David W. deBruin (#4846)
1201 N. Orange Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 660-2744
Facsimile: (302) 650-1574

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____8/10/17_____          _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-1151

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Wheatley Farms, Inc.

was received by me on *(date)*          8/16/2017          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Personally served a summons and complaint on Wheatley Farms, Inc., 19115 Freeland Lane, Bridgeville, DE 19933 by delivering to the postal clerk at 500 Delaware Avenue, Wilmington, DE 19801 via certified mail/return receipt on 8/16/2017 -tracking number 7012 3460 0001 7198 5178

My fees are $ _____ for travel and $ _____ for services, for a total of $          0.00          .

I declare under penalty of perjury that this information is true.

Date:          8/16/2017

_____
*Server's signature*

Zahid Nawaz - Process Server
_____
*Printed name and title*

230 North Market Street
Wilmington, DE 19801
_____
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 3.00 |
| Certified Fee | 3.35 |
| Return Receipt Fee (Endorsement Required) | 2.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.10 |

Postmark Here

Sent To  Wheatley Farms, Inc
Street, Apt. No.; or PO Box No.  19115 Freeland lane
City, State, ZIP+4  Bridseville, DE 19333

7012 7198 1001 0460 3460 5178

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wheatley Farms Inc
19115 Freeland Lane
Bridseville, DE 19933

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
Gaz Wheatly   8/15/17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*      7012 3460 0001 7198 5178

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

|  |  |
|---|---|
| SUZANNE DAKESSIAN | ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) )     Civil Action No.   1 7 - 1 1 5 1 |
| | ) |
| WILLIAM SCHELL, IV, et al. | ) ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   E. Dale Wheatley
       19115 Freeland Lane
       Bridgeville, DE 19933

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     THE deBRUIN FIRM, LLC
                          David W. deBruin (#4846)
                          1201 N. Orange Street, Suite 500
                          Wilmington, Delaware 19801
                          Telephone: (302) 660-2744
                          Facsimile: (302) 650-1574

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: ___8/16/17___

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 17-1151

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  E. Dale Wheatley

was received by me on *(date)*  8/16/2017  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:  Personally served a summons and complaint on E. Dale Wheatley, 19115 Freeland Lane, Bridgeville, DE 19933 by delivering to the postal clerk at 500 Delaware Avenue, Wilmington, DE 19801 via certified mail/return receipt on 8/16/2017 -tracking number 7012 3460 0001 7198 5055

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:  8/16/2017

_____
*Server's signature*

Zahid Nawaz - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801

_____
*Server's address*

Additional information regarding attempted service, etc:



## USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

Tracking Number: 70123460000171985055

▶            ▶            ▶  **Delivered**

**Expected Delivery On:** Thursday, August 17, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**              **Features:**
                                 Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| August 17, 2017, 9:56 am | Delivered, Left with Individual | BRIDGEVILLE, DE 19933 |

Your item was delivered to an individual at the address at 9:56 am on August 17, 2017 in BRIDGEVILLE, DE 19933.

| | | |
|---|---|---|
| August 17, 2017, 8:02 am | Arrived at Unit | SEAFORD, DE 19973 |
| August 17, 2017, 5:47 am | Departed USPS Regional Facility | WILMINGTON DE DISTRIBUTION CENTER |
| August 17, 2017, 1:35 am | Arrived at USPS Regional Facility | WILMINGTON DE DISTRIBUTION CENTER |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Delaware

|  |  |  |
|---|---|---|
| SUZANNE DAKESSIAN | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | Civil Action No.   1 7 - 1 1 5 1 |
| v. | ) ) | |
| WILLIAM SCHELL, IV, et al. | ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Discovery Communications, Inc.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   THE deBRUIN FIRM, LLC
David W. deBruin (#4846)
1201 N. Orange Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 660-2744
Facsimile: (302) 650-1574

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _8/16/17_          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-1151

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Discovery Communications, Inc.

was received by me on *(date)*            8/16/2017            .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Personally served a summons and complaint on Discovery Communications, Inc., Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801 by delivering to the postal clerk at 500 Delaware Avenue, Wilmington, DE 19801 via certified mail/return receipt on 8/16/2017 - tracking number 7012 3460 0001 7198 5130

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     8/16/2017

_____
*Server's signature*

Zahid Nawaz - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801
_____
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₃

OFFICIAL USE

| | |
|---|---|
| Postage | $ 3.00 |
| Certified Fee | 335 |
| Return Receipt Fee (Endorsement Required) | 2.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.10 |

Postmark Here

Sent To *Discovery Communication Inc.*
Street, Apt. No.; or PO Box No. *CT 1209 Orange St*
City, State, ZIP+4 *Wilmington, DE 19801*

7012 7198 0001 3460 5130

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Discovery Communication Inc. c/o CT Corp. 1209 Orange St Wilmington. DE 19801*

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X *Amy McLaren*     ☐ Agent  ☐ Addressee

B. Received by ( *Printed Name* )          C. Date of Delivery
RECEIVED AUG 1 8 2017

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:            ☐ No

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*          ☐ Yes

2. Article Number
*(Transfer from service label)*          7012 3460 0001 7198 5130

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

|  |  |  |
|---|---|---|
| SUZANNE DAKESSIAN | ) ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.   **1 7 - 1 1 5 1** |
| v. | ) ) | |
| WILLIAM SCHELL, IV, et al. | ) ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   State of Delaware
Attorney General Matthew Denn
Department of Justice
820 N. French Street
Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   THE deBRUIN FIRM, LLC
David W. deBruin (#4846)
1201 N. Orange Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 660-2744
Facsimile: (302) 650-1574

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   ___8/16/17___                             _____
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-1151

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   State of Delaware, Attorney General Matthew Denn

was received by me on *(date)*   8/16/2017   .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Personally served a summons and complaint on State of Delaware, AG Matthew Denn, Dept. of Justice, 820 N. French St., Wilmington, DE 19801 by delivering to the postal clerk at 500 Delaware Avenue, Wilmington, DE 19801 via certified mail/return receipt on 8/16/2017 - tracking number 7012 3460 0001 7198 5123

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   8/16/2017

_____
*Server's signature*

Zahid Nawaz - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801
_____
*Server's address*

Additional information regarding attempted service, etc:



## U.S. Postal Service ™
### CERTIFIED MAIL ™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 3 00 |
| Certified Fee | 3.35 |
| Return Receipt Fee (Endorsement Required) | 2.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.10 |

Postmark Here

Sent To
State of DE. Attor Gen MATT Denn
Street, Apt. No.; or PO Box No. 820 N. French St
City, State, ZIP+4 Wilmington, DE 19801

7012 3460 0001 7198 5123

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State of Delaware
Attorney General
Matt Denn
820 N. French St.
Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery  8/21

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7012 3460 0001 7198 5123

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | | |
|---|---|---|
| SUZANNE DAKESSIAN | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. **17 - 1 1 5 1** |
| v. | ) ) | |
| WILLIAM SCHELL, IV, et al. | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Department of Natural Resources and Environmental Control
State of Delaware
c/o Shawn M. Garvin, Secretary of the Department of Natural Resources and
Environmental Control
89 Kings Highway
Dover, Delaware 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    THE deBRUIN FIRM, LLC
David W. deBruin (#4846)
1201 N. Orange Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 660-2744
Facsimile: (302) 650-1574

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __8/16/17__

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-1151

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dept. of Natural Resources and Environmental Control

was received by me on *(date)* _____ 8/16/2017 _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Personally served a summons and complaint on Dept. of Natural Resource and Environmental Control State of DE c/o Shawn M. Garvin, 89 Kings Highway, Dover, DE 19901 by delivering to the postal clerk at 500 Delaware Avenue, Wilmington, DE 19801 via certified mail/return receipt on 8/16/2017 -tracking number 7012 3460 0001 7198 5079

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____ 0.00 ____ .

I declare under penalty of perjury that this information is true.

Date: ____ 8/16/2017 ____        _____
                                              *Server's signature*

                                      Zahid Nawaz - Process Server
                                      _____
                                              *Printed name and title*

                                      230 North Market Street
                                      Wilmington, DE 19801
                                      _____
                                              *Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 3.00 |
| Certified Fee | 3.35 |
| Return Receipt Fee (Endorsement Required) | 2.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.10 |

Postmark Here

WILMINGTON DE MOWS   USPS-19850

Sent To: Dept. Of Natural Resources
Street, Apt. No.; or PO Box No. 89 Kings Highway
City, State, ZIP+4 Dover, DE 49901

PS Form 3800, August 2006          See Reverse for Instructions

7012 3460 0001 7198 5086

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Department Of Natural
Resources and Enviromental
Control-State of DE C/O
Shawn M.Garvin, Secretary of
the Department of Natural
Resources and Environmental
Control-89 Kings Highway
Dover, DE 49901

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____   ☐ Agent
                            ☐ Addressee
B. Received by ( Printed Name )   C. Date of Delivery
                                    8-7-17
D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? *(Extra Fee)*        ☐ Yes

2. Article Number
   *(Transfer from service label)*
   7012 3460 0001 7198 5086

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540 J

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | |
|---|---|
| SUZANNE DAKESSIAN | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) ) |
| WILLIAM SCHELL, IV, et al. | ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  **17 - 1 1 5 1**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Delaware Department of Natural Resources and Environmental Control
c/o Attorney General of the State of Delaware Matthew Denn
Department of Justice
820 N. French Street
Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  THE deBRUIN FIRM, LLC
David W. deBruin (#4846)
1201 N. Orange Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 660-2744
Facsimile: (302) 650-1574

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _8/16/17_

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-1151

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DE Dept. of Natural Resource and Environmental Control

was received by me on *(date)*        8/16/2017        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Personally served a summons and complaint on DE Dept. of Natural Resource and
Environmental Control c/o AG Matthew Denn, DOJ, 820 N. French St., Wilmington, DE 19801
by delivering to the postal clerk at 500 Delaware Avenue, Wilmington, DE 19801 via certified
mail/return receipt on 8/16/2017 -tracking number 7012 3460 0001 7198 5079

My fees are $ _____ for travel and $ _____ for services, for a total of $        0.00        .

I declare under penalty of perjury that this information is true.

Date:        8/16/2017

_____
*Server's signature*

Zahid Nawaz - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801

_____
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 3.00 | |
| Certified Fee | 3.35 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.75 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 9.10 | |

WILMINGTON DE MOWS
USPS 19850

Sent To DE Dept. Of Natural Resources
Street, Apt. No.; or PO Box No. 820 N. French Street
City, State, ZIP+4 Wilmington, DE 19801

7012 3460 0001 7198 5079

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Delaware Department of
Natural Resources and
Environmental Control
c/o Attorney General of the
State of Delaware Matthew
Denn, Department of Justice
820 N. French St., Wilmington,
DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Kyll D. SL

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

RODNEY   USPS

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7012 3460 0001 7198 5079

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | |
|---|---|
| SUZANNE DAKESSIAN<br><br>*Plaintiff(s)*<br>v.<br><br>WILLIAM SCHELL, IV, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  **1 7 - 1 1 5 1**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mr. Jeffery T. Wheatley
2710 Andrewville Road
Harrington, DE 19952

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     THE deBRUIN FIRM, LLC
David W. deBruin (#4846)
1201 N. Orange Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 660-2744
Facsimile: (302) 650-1574

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____8/10/17_____                    _____
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 17-1151

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Jeffrey T. Wheatley

was received by me on *(date)*  8/16/2017 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Personally served a summons and complaint on Jeffrey T. Wheatley, 2710 Andrewville Rd., Harrington, DE 19952 by delivering to the postal clerk at 500 Delaware Avenue, Wilmington, DE 19801 via certified mail/return receipt on 8/16/2017 -tracking number 7012 3460 0001 7198 5109

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  8/16/2017 _____

_____
*Server's signature*

Zahid Nawaz - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801

_____
*Server's address*

Additional information regarding attempted service, etc:

LeeAnn Scavina
The deBruin Firm LLC
1201 North Orange Street
Suite 500
Wilmington, DE 19801

7012 3460 0001 7198 5109

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | 3.35 |
| Return Receipt Fee (Endorsement Required) | 2.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.10 |

Postmark Here
WILMINGTON, DE
USPS-19850

Sent To    Mr. Jeffery T. Wheatley
Street, Apt. No.;
or PO Box No.    2710 Andrewville Rd.
City, State, ZIP+4    Harrington, DE 19952

PS Form 3800, August 2006    See Reverse for Instructions

NIXIE    19952215-1N    09/06/17

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

Mr. Jeffery T. Wheatley
2710 Andrewville Road
Harrington, DE 19952



UNITED STATES POSTAGE
02 1R
00020557-8    AUG1
MAILED FROM ZIP CODE
$ 09

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

|  |  |
|---|---|
| SUZANNE DAKESSIAN | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) ) ) |
| WILLIAM SCHELL, IV, et al. | ) ) ) |
| _Defendant(s)_ | ) |

Civil Action No.   **17 - 1 1 5 1**

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  World Championship Punkin Chunkin Inc.
RR 9
Harbeson, DE 19951


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   THE deBRUIN FIRM, LLC
David W. deBruin (#4846)
1201 N. Orange Street, Suite 500
Wilmington, Delaware 19801
Telephone: (302) 660-2744
Facsimile: (302) 650-1574

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: ___8/16/17___     _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 17-1151

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* World Championship Punkin Chunkin, Inc.

was received by me on *(date)*            8/16/2017            .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Personally served a summons and complaint on World Championship Punkin Chunkin Inc., RR 9,Harbeson, DE 19551 by delivering to the postal clerk at 500 Delaware Avenue, Wilmington, DE 19801 via certified mail/return receipt on 8/16/2017 -tracking number 7012 3460 0001 7198 5116

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    8/16/2017

_____
Server's signature

Zahid Nawaz - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801

_____
*Server's address*

Additional information regarding attempted service, etc:

LeeAnn Scavina
The deBruin Firm LLC
1201 North Orange Street
Suite 500
Wilmington, DE 19801

7012 3460 0001 7198 5116

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
|---|---|
| Certified Fee | 3.00 |
| Return Receipt Fee (Endorsement Required) | 335 |
| Restricted Delivery Fee (Endorsement Required) | 215 |
| Total Postage & Fees | $ 7.10 |

Sent To World Champion Skye Cunkn Chunka P.
Street, Apt No.; or PO Box No. RR9
City, State, ZIP+4 Harbeson, DE 19951

WILMINGTON DE 19850

Postmark Here

PS Form 3800, August 2006          See Reverse for Instructions

7012 3460 0001 7198 5116

World Championship Punkin Chunkin Inc.
RR 9
Harbeson, DE 19951

NIXIE        207  DE 1        0008/29/17
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD
BC: 19801111925        Z08N241200-00545



02 1R
0002005578
MAILED FROM ZIPCODE
UNITED STATES POSTAGE
$ 09
AUG 16

ANK