IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUZANNE DAKESSIAN, | : | CASE NO. 1:17-CV-01151 GMS |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WILLIAM SCHELL, IV; DOMINICK DAFFNER | : | TRIAL BY JURY OF |
| WORLD CHAMPIONSHIP PUNKIN' CHUNKIN' | : | TWELVE DEMANDED |
| INC.; PUNKIN CHUNKIN ASSOCIATION; | : | |
| FRANK PAYTON; FRANK SHADE; TERRY | : | |
| BEWSTER; DAVID QUIGLEY; MCCULLEY, | : | |
| EASTHAM & ASSOCIATES, INC.; WHEATLEY | : | |
| FARMS, INC.; E. DALE WHEATLEY; | : | |
| JEFFREY T. WHEATLEY; DISCOVERY | : | |
| COMMUNICATIONS, INC.; STATE OF | : | |
| DELAWARE and the STATE OF DELAWARE | : | |
| (DEPARTMENT OF NATURAL RESOURCES | : | |
| AND ENVIRONMENTAL CONTROL), | : | |
| | : | |
| Defendants. | : | |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, and subject to approval by the Court, that the time in which Defendants, Punkin' Chunkin' Association, Frank Payton, Frank Shade, Terry Brewster and David Quigley, have in which to respond to the Complaint is extended 30 days or until October 9, 2017.

| | |
|---|---|
| THE DEBRUIN LAW FIRM LLC | MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN |
| */s/David W. deBruin* | */s/ Kevin J. Connors* |
| David W. deBruin, Esq. | Kevin J. Connors, Esq. |
| DE Bar 4846 | DE Bar ID 2135 |
| 1201 N. Orange St., Ste. 500 | Nemours Building |
| Wilmington, DE 19801 | 1007 N. Orange Street, Suite 600 |
| Attorney for Plaintiff | Wilmington, DE 19801 |
| | Attorney for Defendants, Punkin' Chunkin' Association, Frank Payton, Frank Shade, Terry Brewster and David Quigley |

SO ORDERED this \_\_\_\_\_ day of _____, 2017.

_____
USDCJ

LEGAL/112398934.v1