# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUZANNE DAKESSIAN, | * | |
| Plaintiff, | * | C. A. No. 17-1151 |
| | * | |
| v. | * | |
| | * | |
| WILLIAM SCHELL, IV, DOMINICK DAFFNER, WORLD CHAMPIONSHIP PUNKIN' CHUNKIN' INC., PUNKIN CHUNKIN ASSOCIATION, FRANK PEYTON, FRANK SHADE, TERRY BREWSTER, DAVID QUIGLEY, MCCULLEY, EASTHAM & ASSOCIATES INC., WHEATLEY FARMS, INC., E. DALE WHEATLEY, JEFFREY T. WHEATLEY, DISCOVERY COMMUNICATIONS, INC.; STATE OF DELAWARE; and the STATE OF DELAWARE (DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL), | * | |
| Defendants. | * | |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE enter my appearance as attorney of record on behalf of William Schell, IV and Dominick Daffner, two of the Defendants in the above referenced case.

                               /s/ LARRY W. FIFER
                               LARRY W. FIFER, ESQUIRE
                               BAR I.D. NO. 366
                               1201-B Savannah Road
                               Lewes, DE 19958
                               (302) 644-3668
                               Attorney William Schell, IV and
                               Dominick Daffner

DATED:     September 13, 2017

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUZANNE DAKESSIAN, | * | |
|     Plaintiff, | * | C. A. No. 17-1151 |
| | * | |
| v. | * | |
| | * | |
| WILLIAM SCHELL, IV, DOMINICK DAFFNER, WORLD CHAMPIONSHIP PUNKIN' CHUNKIN' INC., PUNKIN CHUNKIN ASSOCIATION, FRANK PEYTON, FRANK SHADE, TERRY BREWSTER, DAVID QUIGLEY, MCCULLEY, EASTHAM & ASSOCIATES INC., WHEATLEY FARMS, INC., E. DALE WHEATLEY, JEFFREY T. WHEATLEY, DISCOVERY COMMUNICATIONS, INC.; STATE OF DELAWARE; and the STATE OF DELAWARE (DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL), | * | |
| | * | |
|     Defendants. | * | |

## CERTIFICATE OF SERVICE

I certify that I have caused copies of the foregoing ENTRY OF APPEARANCE to be served upon:

> The deBruin Firm, LLC
> David W. deBruin, Esquire
> 1201 N. Orange Street, Suite 500
> Wilmington, DE 19801

by mailing copies to the address shown above, postage paid on September 15, 2017.

/s/ LARRY W. FIFER
LARRY W. FIFER, ESQUIRE
BAR I.D. NO. 366
1201-B Savannah Road
Lewes, DE  19958
(302) 644-3668

DATED:    September 13, 2017