# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUZANNE DAKESSIAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 1:17-CV-01151 GMS |
| | : | |
| WILLIAM SCHELL, IV; | : | |
| DOMINICK DAFFNER | : | |
| WORLD CHAMPIONSHIP PUNKIN' | : | |
| CHUNKIN'INC.; PUNKIN CHUNKIN | : | |
| ASSOCIATION; FRANK PAYTON; | : | |
| FRANK SHADE; TERRY BREWSTER; | : | |
| DAVID QUIGLEY; | : | |
| MCCULLEY, EASTHAM & ASSOC., INC. | : | |
| WHEATLEY FARMS, INC.; | : | |
| E. DALE WHEATLEY; | : | |
| JEFFREY T. WHEATLEY; | : | |
| DISCOVERY COMMUNICATIONS, INC.; | : | |
| STATE OF DELAWARE and | : | |
| the STATE OF DELAWARE | : | |
| DEPARTMENT OF NATURAL | : | |
| RESOURCES AND ENVIRONMENTAL | : | |
| CONTROL, | : | |
| | : | |
| Defendants. | : | |
| | : | |

### ANSWER TO ALL PAST, PRESENT AND FUTURE
### CROSS CLAIMS OF THE STATE OF DELAWARE AND THE
### DELAWARE DEPARTMENT OF NATURAL RESOURCES AND
### <u>ENVIRONMENTAL CONTROL</u>

The State of Delaware and The Delaware Department of Natural Resources and Environmental Control ("DNREC") deny all cross claims that have been filed or may be filed in the future by any of the Co-Defendants and request dismissal of such cross claims.

WHEREFORE, the State of Delaware and DNREC demand judgment in its favor against the Co-Defendants, that they are solely or primarily liable to Plaintiff, or liable for indemnity and contribution to State of Delaware and DNREC, together with costs, attorney fees as appropriate, and whatever further relief the Court deems just and proper.An

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        /s/ Robert F. Phillips
        Robert F. Phillips, I.D. No. 2453
        Deputy Attorney General
        391 Lukens Drive
        New Castle, DE  19720
        (302) 395-2600
        Attorney for DNREC and the State of Delaware

Dated: October 27, 2017