IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUZANNE DAKESSIAN, ) | |
| Plaintiff, ) | Case No.: 1:17-cv-01151 GMS |
| v. ) | |
| WILLIAM SCHELL, IV; DOMINICK DAFFNER ) | |
| DAFFNER; WORLD CHAMPIONSHIP PUNIN' ) | JURY TRIAL DEMANDED |
| CHUNKIN' INC.; PUNKIN  CHUNKIN ) | |
| ASSOCIATION; FRANK PAYTON; FRANK ) | |
| SHADE; TERRY BEWSTER; DAVID QUIGLEY; ) | |
| MCCULLEY, EASTHAM & ASSOCIATES, ) | |
| INC.; WHEATLEY FARMS, INC.;  E. DALE ) | |
| WHEATLEY; JEFFREY T. WHEATLEY; ) | |
| DISCOVERY COMMUNICATIONS, INC.; ) | |
| STATE OF DELAWARE and the ) | |
| (DEPARTMENT OF NATURAL RESOURCES ) | |
| AND ENVIRONMENTAL CONTROL), ) | |

**DEFENDANTS', WHEATLEY FARMS, INC., E. DALE WHEATLEY
AND JEFFREY T. WHEATLEY, ANSWERS TO CROSS CLAIMS OF CO-
DEFENDANTS, WILLIAM SCHELL, IV AND DOMINICK DAFFNER**

Denied.  The allegations contained herein are denied as conclusions of law to which no responsive pleadings are required.

                          REGER RIZZO & DARNALL LLP

                          */s/ Louis J. Rizzo, Jr., Esquire*
                          Louis J. Rizzo, Jr., Esquire (#3374)
                          Brandywine Plaza East
                          1523 Concord Pike, Suite 200
                          Wilmington, DE  19803
                          (302) 477-7100
                          Attorneys for Defendants, Wheatley Farms, Inc.,
                          E. Dale Wheatley and Jeffrey T. Wheatley

Dated:  October 31, 2017

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUZANNE DAKESSIAN, ) | |
| Plaintiff, ) | Case No.: 1:17-cv-01151 GMS |
| v. ) | |
| WILLIAM SCHELL, IV; DOMINICK DAFFNER ) | |
| DAFFNER; WORLD CHAMPIONSHIP PUNIN' ) | JURY TRIAL DEMANDED |
| CHUNKIN' INC.; PUNKIN CHUNKIN ) | |
| ASSOCIATION; FRANK PAYTON; FRANK ) | |
| SHADE; TERRY BEWSTER; DAVID QUIGLEY; ) | |
| MCCULLEY, EASTHAM & ASSOCIATES, ) | |
| INC.; WHEATLEY FARMS, INC.; E. DALE ) | |
| WHEATLEY; JEFFREY T. WHEATLEY; ) | |
| DISCOVERY COMMUNICATIONS, INC.; ) | |
| STATE OF DELAWARE and the ) | |
| (DEPARTMENT OF NATURAL RESOURCES ) | |
| AND ENVIRONMENTAL CONTROL), ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify on this 31st day of October, 2017 that a copy of Defendants', Wheatley Farms, Inc., E. Dale Wheatley and Jeffrey T. Wheatley, Answers to Cross Claims of Co-Defendants, William Schell, IV and Dominick Daffner has been served electronically through PACER upon all counsel of record.

        REGER RIZZO & DARNALL LLP

        */s/ Louis J. Rizzo, Jr., Esquire*
        Louis J. Rizzo, Jr., Esquire (#3374)
        Brandywine Plaza East
        1523 Concord Pike, Suite 200
        Wilmington, DE  19803
        (302) 477-7100
        Attorneys for Defendants, Wheatley Farms, Inc.,
        E. Dale Wheatley and Jeffrey T. Wheatley

Dated:  October 31, 2017