IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUZANNE DAKESSIAN, ) | |
|        Plaintiff, ) | Case No.: 1:17-cv-01151 GMS |
|   v. ) | |
| WILLIAM SCHELL, IV; DOMINICK DAFFNER ) | |
| DAFFNER; WORLD CHAMPIONSHIP PUNKIN' ) | JURY TRIAL DEMANDED |
| CHUNKIN' INC.; PUNKIN CHUNKIN ) | |
| ASSOCIATION; FRANK PAYTON; FRANK ) | |
| SHADE; TERRY BEWSTER; DAVID QUIGLEY; ) | |
| MCCULLEY, EASTHAM & ASSOCIATES, ) | |
| INC.; WHEATLEY FARMS, INC.; E. DALE ) | |
| WHEATLEY; JEFFREY T. WHEATLEY; ) | |
| DISCOVERY COMMUNICATIONS, INC.; ) | |
| STATE OF DELAWARE and the ) | |
| (DEPARTMENT OF NATURAL RESOURCES ) | |
| AND ENVIRONMENTAL CONTROL), ) | |

**DEFENDANTS', WHEATLEY FARMS, INC., E. DALE WHEATLEY
AND JEFFREY T. WHEATLEY, ANSWERS TO CROSS CLAIM OF CO-
DEFENDANTS, WORLD CHAMPIONSHIP PUNKIN' CHUNKIN' INC., PUNKIN
CHUNKIN ASSOCIATION, FRANK PAYTON, FRANK SHADE,
TERRY BREWSTER AND DAVID QUIGLEY**

     Denied. The allegations contained herein are denied as conclusions of law to which no responsive pleadings are required.

                                   REGER RIZZO & DARNALL LLP

                                   */s/ Louis J. Rizzo, Jr., Esquire*
                                   Louis J. Rizzo, Jr., Esquire (#3374)
                                   Brandywine Plaza East
                                   1523 Concord Pike, Suite 200
                                   Wilmington, DE 19803
                                   (302) 477-7100
                                   Attorneys for Defendants, Wheatley Farms, Inc.,
                                   E. Dale Wheatley and Jeffrey T. Wheatley

Dated: November 1, 2017

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUZANNE DAKESSIAN, | ) |
|        Plaintiff, | )   Case No.: 1:17-cv-01151 GMS |
| v. | ) |
| WILLIAM SCHELL, IV; DOMINICK DAFFNER | ) |
| DAFFNER; WORLD CHAMPIONSHIP PUNKIN' | )   JURY TRIAL DEMANDED |
| CHUNKIN' INC.; PUNKIN CHUNKIN | ) |
| ASSOCIATION; FRANK PAYTON; FRANK | ) |
| SHADE; TERRY BEWSTER; DAVID QUIGLEY; | ) |
| MCCULLEY, EASTHAM & ASSOCIATES, | ) |
| INC.; WHEATLEY FARMS, INC.; E. DALE | ) |
| WHEATLEY; JEFFREY T. WHEATLEY; | ) |
| DISCOVERY COMMUNICATIONS, INC.; | ) |
| STATE OF DELAWARE and the | ) |
| (DEPARTMENT OF NATURAL RESOURCES | ) |
| AND ENVIRONMENTAL CONTROL), | ) |

## **CERTIFICATE OF SERVICE**

     I, the undersigned, do hereby certify on this 1st day of November, 2017 that a copy of Defendants', Wheatley Farms, Inc., E. Dale Wheatley and Jeffrey T. Wheatley, Answers to Cross Claims of Co-Defendants, World Championship Punkin' Chunkin' Inc., Punkin Chunkin Association, Frank Payton, Frank Shade, Terry Brewster and David Quigley has been served electronically through PACER upon all counsel of record.

                                REGER RIZZO & DARNALL LLP

                                */s/ Louis J. Rizzo, Jr., Esquire*
                                Louis J. Rizzo, Jr., Esquire (#3374)
                                Brandywine Plaza East
                                1523 Concord Pike, Suite 200
                                Wilmington, DE  19803
                                (302) 477-7100
                                Attorneys for Defendants, Wheatley Farms, Inc.,
                                E. Dale Wheatley and Jeffrey T. Wheatley

Dated:  November 1, 2017