IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUZANNE DAKESSIAN, | ) | |
| | ) | CASE NO.: 1:17-CV-01151-GMS |
| Plaintiff, | ) | |
| | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| WILLIAM SCHELL, IV, DOMINICK DAFFNER, WORLD CHAMPIONSHIP PUNKIN' CHUNKIN' INC., PUNKIN CHUNKIN ASSOCIATION, FRANK PEYTON, FRANK SHADE, TERRY BREWSTER, DAVID QUIGLEY, MCCULLEY, EASTHAM & ASSOCIATES, INC., WHEATLEY FARMS, INC., E. DALE WHEATLEY, JEFFREY T. WHEATLEY, DISCOVERY COMMUNICATIONS, INC., STATE OF DELAWARE; and the STATE OF DELAWARE (DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL); | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## AMERICAN ZURICH INSURANCE COMPANY'S MOTION TO INTERVENE

1. Plaintiff, Suzanne Dakessian, was injured on or about November 6, 2016, while in the course and scope of her employment with Cast and Crew Entertainment Services, LLC.

2. At all times relevant, Cast and Crew Entertainment Services, LLC was covered by a worker's compensation insurance policy issued by American Zurich Insurance Company.

3. Pursuant to the policy, as of November 14, 2017, American Zurich Insurance Company has paid to Plaintiff or on behalf of Plaintiff $171,516.65. American Zurich Insurance Company continues to make payments to Plaintiff or on her behalf.

4. On August 16, 2017, Plaintiff filed the above captioned personal injury action.

5. According to 19 Del.C.§2363 and the case law, "[a]n employer or its insurer who has paid or become liable for workers' compensation benefits becomes subrogated, however, to the right

of action of the party liable for the injury and is entitled to reimbursement for the amount it paid to the employee." *Duphily v. Delaware Electric Coop.,* 662 A.2d 821, 834 (Del. 1995) (citing *Travelers Ins. Co. V. E.I. DuPont De Nemours & Co.,* 9 A.2d 88 (Del. 1939).). "Under 19 Del.C.§2363, a workers' compensation insurance carrier is permitted to join in the employee's personal injury action against a third party to assert its lien." *Id.* The law permits the employer or its insurer to recoup its compensation payments. *Id. (*citing *Moore v. General Foods,* 459 A.2d 126 (Del. 1983).).

6. In this matter, American Zurich Insurance Company has paid benefits for Plaintiff pursuant to the workers' compensation policy covering Plaintiff's injury while in the course and scope of her employment.

7. Although the worker's compensation lien is recoverable by Plaintiff, it is important that movant intervene as an additional plaintiff to protect the lien, attend discovery and actively participate in any settlement negotiations.

THEREFORE, based on the forgoing, American Zurich Insurance Company respectfully requests this court grant its Motion to Intervene.

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY LLP

/s/*Mary E. Sherlock*
Mary E. Sherlock, Esquire
Bar ID #2228
19 S. State Street, Suite 100
Dover, DE 19901
Telephone (302) 346-6377
Facsimile (302) 346-6380
msherlock@wglaw.com
Attorney for American Zurich Insurance Company

DATED: December 4, 2017