## **EXHIBIT A**

## **PROPOSED DEADLINES**

| Event | Deadline |
|---|---|
| Automatic Disclosures | December 11, 2017 |
| Fact Discovery | July 27, 2018 |
| Plaintiff's Expert Reports | September 27, 2018 |
| Defendant's Expert Reports | November 27, 2018 |
| Expert Depositions Completed | March 27, 2019 |
| Pretrial Order | May 13, 2019 |
| Pretrial Conference | May 28, 2019 at 10:00 AM in Courtroom 4A |
| Trial | June 10, 2019 a 5 day Jury Trial at 9:30 AM Courtroom 4A |