IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUZANNE DAKESSIAN, | CASE NO. 1:17-CV-01151 GMS |
| Plaintiff, | |
| v. | |
| WILLIAM SCHELL, IV; DOMINICK DAFFNER; WORLD CHAMPIONSHIP PUNKIN' CHUNKIN' INC.; PUNKIN CHUNKIN ASSOCIATION; FRANK PAYTON; FRANK SHADE; TERRY BREWSTER; DAVID QUIGLEY; MCCULLEY, EASTHAM & ASSOCIATES, INC.; WHEATLEY FARMS, INC.; E. DALE WHEATLEY; JEFFREY T. WHEATLEY; DISCOVERY COMMUNICATIONS, INC.; STATE OF DELAWARE and the STATE OF DELAWARE (DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL, | JURY TRIAL DEMANDED |
| Defendants. | |

**NOTICE OF DEPOSITION OF PLAINTIFF, SUZANNE DAKESSIAN**

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of Plaintiff, Suzanne Dakessian, on Tuesday, April 24, 2018 beginning at 9 a.m. in the offices of Marshall Dennehey Warner Coleman & Goggin, Nemours Building, 1007 N. Orange Street, Suite 600, Wilmington, DE 19801.

                                  MARSHALL DENNEHEY WARNER
                                    COLEMAN & GOGGIN

Date: February 23, 2018          */s/ Kevin J. Connors*
                                      Kevin J. Connors, Esq. (DE Bar ID 2135)
                                      Nemours Building
                                      1007 N. Orange Street, Suite 600
                                      P.O. Box 8888
                                      Wilmington, DE  19899
                                      T.  302-552-4302
                                      Email:  kjconnors@mdwcg.com
                                      Attorney for Defendants,
                                      World Championship Punkin' Chunkin, Inc.,
                                      Punkin Chunkin Association, Frank Payton,
                                      Frank Shade, Terry Brewster and David
                                      Quigley

LEGAL/115094244.v1