IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUZANNE DAKESSIAN, | : | CASE NO. 1:17-CV-01151 GMS |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WILLIAM SCHELL, IV; | : | JURY TRIAL DEMANDED |
| DOMINICK DAFFNER; WORLD | : | |
| CHAMPIONSHIP PUNKIN' | : | |
| CHUNKIN' INC.; PUNKIN | : | |
| CHUNKIN ASSOCIATION; FRANK | : | |
| PAYTON; FRANK SHADE; TERRY | : | |
| BREWSTER; DAVID QUIGLEY; | : | |
| MCCULLEY, EASTHAM & | : | |
| ASSOCIATES, INC.; WHEATLEY | : | |
| FARMS, INC.; E. DALE | : | |
| WHEATLEY; JEFFREY T. | : | |
| WHEATLEY; DISCOVERY | : | |
| COMMUNICATIONS, INC.; STATE | : | |
| OF DELAWARE and the STATE OF | : | |
| DELAWARE (DEPARTMENT OF | : | |
| NATURAL RESOURCES AND | : | |
| ENVIRONMENTAL CONTROL, | : | |
| | : | |
| Defendants. | : | |

**ANSWER OF DEFENDANTS, WORLD CHAMPIONSHIP PUNKIN
CHUNKIN INC., PUNKIN CHUNKIN ASSOCIATION, FRANK PAYTON,
FRANK SHADE, TERRY BREWSTER AND DAVID QUIGLEY TO
CROSSCLAIMS OF DEFENDANT, MCCULLEY, EASTHAM &
ASSOCIATES, INC.**

## COUNT I

1.      Denied by Defendants, World Championship Punkin Chunkin Inc.

and Punkin Chunkin Association, as stated.  On the contrary, Defendants, World

Championship Punkin Chunkin Inc. and Punkin Chunkin Association, admit that WCPCA accepted the provisions of a proposal of Defendant, McCulley, Eastham & Associates, Inc., dated March 12, 2016, the terms of which speak for themselves.

2.     Denied by Defendants, World Championship Punkin Chunkin Inc. and Punkin Chunkin Association, as stated.  On the contrary, the terms of the agreement referenced in paragraph 2 of Crossclaim of Defendant, McCulley, Eastham & Associates, Inc., speak for themselves.

3.     Denied by Defendants, World Championship Punkin Chunkin Inc. and Punkin Chunkin Association, as stated.  On the contrary, the terms of the agreement referenced in paragraph 3 of Crossclaim of Defendant, McCulley, Eastham & Associates, Inc., speak for themselves.

4.     Denied by Defendants, World Championship Punkin Chunkin Inc. and Punkin Chunkin Association, as stated.  It is admitted by Defendants, World Championship Punkin Chunkin Inc. and Punkin Chunkin Association, that multiple policies of insurance for the 2016 Punkin Chunkin event were secured from various commercial insurers.

5.     Denied by Defendants, World Championship Punkin Chunkin Inc. and Punkin Chunkin Association, as stated.  On the contrary, Defendants, World Championship Punkin Chunkin Inc. and Punkin Chunkin Association, admit that,

upon information and belief, McCulley, Eastham & Associates, Inc. was not named as an additional insured on the policies of insurance obtained for the 2016 Punkin Chunkin event.

6.    Defendants, World Championship Punkin Chunkin Inc. and Punkin Chunkin Association, are without information or knowledge sufficient to enable them to form a belief as to the truth of the averments in paragraph 6 of the Crossclaim of Defendant, McCulley, Eastham & Associates, Inc.

7.    Defendants, World Championship Punkin Chunkin Inc. and Punkin Chunkin Association, are without information or knowledge sufficient to enable them to form a belief as to the truth of the averments in paragraph 7 of the Crossclaim of Defendant, McCulley, Eastham & Associates, Inc.

8.    Denied by Defendants, World Championship Punkin Chunkin Inc. and Punkin Chunkin Association, as stated.  On the contrary, Defendants, World Championship Punkin Chunkin Inc. and Punkin Chunkin Association, admit that, upon information and belief, McCulley, Eastham & Associates, Inc. was not named as an additional insured on the policies of insurance obtained for the 2016 Punkin Chunkin event.  To the extent that the allegations in paragraph 8 of the Crossclaim of Defendant, McCulley, Eastham & Associates, Inc., constitute conclusions of law, Defendants, World Championship Punkin Chunkin Inc. and Punkin Chunkin Association, deny them as such.

9.     Denied by Defendants, World Championship Punkin Chunkin Inc. and Punkin Chunkin Association, as a conclusion of law.

10.    Defendants, World Championship Punkin Chunkin Inc. and Punkin Chunkin Association, admit that McCulley, Eastham & Associates, Inc., tendered its defense and demanded indemnity from World Champship Punkin Chunkin Association.  By way of further answer, Defendants, World Championship Punkin Chunkin Inc. and Punkin Chunkin Association, admit that they have not assumed the defense of or indemnified and held harmless McCulley, Easthamn & Associates, Inc. against Plaintiff's claims.

WHEREFORE, Defendants, World Championship Punkin Chunkin Inc. and Punkin Chunkin Association, deny that they are liable in any manner or respect to Defendant, McCulley, Eastham & Associates, Inc., demand that its crossclaim against them be dismissed with prejudice and demands further that judgment be entered in their favor and against Defendant, McCulley, Eastham & Associates, Inc., together with reasonable attorney's fees and costs and such other relief as the Court may deem appropriate.

## COUNT II

11.    Defendants, World Championship Punkin' Chunkin, Inc., Punkin Chunkin Association, Frank Payton, Frank Shade, Terry Brewster and David Quigley, incorporate herein by reference their Answer to Plaintiff's Complaint with

Crossclaim as though the same were set forth at length.

12.     Defendants, World Championship Punkin' Chunkin, Inc., Punkin Chunkin Association, Frank Payton, Frank Shade, Terry Brewster and David Quigley, deny that they are liable for contribution and/or indemnity to Defendant, McCulley, Eastham & Associates, Inc.

WHEREFORE, Defendants, World Championship Punkin' Chunkin, Inc., Punkin Chunkin Association, Frank Payton, Frank Shade, Terry Brewster and David Quigley, deny that they are liable for contribution or indemnity in any manner or respect to Defendant, McCulley, Eastham & Associates, Inc., demands that its Crossclaim for contribution and/or indemnity against them be dismissed with prejudice and demands further that judgment be entered in their favor and against Defendant, McCulley, Eastham & Associates, Inc., together with reasonable attorney's fees and costs and such other relief as the Court may deem appropriate.

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

Date:  March 12, 2018                    _____/s/ Kevin J. Connors_____
Kevin J. Connors, Esq. (DE Bar ID 2135)
Nemours Building
1007 N. Orange Street, Suite 600
P.O. Box 8888
Wilmington, DE  19899
T.  302-552-4302
Email:  kjconnors@mdwcg.com
Attorney for Defendants,
World Championship Punkin' Chunkin, Inc.,
Punkin Chunkin Association, Frank Payton,
Frank Shade, Terry Brewster and David
Quigley

LEGAL/115343209.v1