# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUZANNE DAKESSIAN, | : | |
| | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | NO. 1:17-CV-01151 GMS |
| | : | |
| WILLIAM SCHELL, IV; | : | |
| DOMINICK DAFFNER | : | |
| WORLD CHAMPIONSHIP PUNKIN' | : | |
| CHUNKIN'INC.; PUNKIN CHUNKIN | : | |
| ASSOCIATION; FRANK PAYTON; | : | |
| FRANK SHADE; TERRY BREWSTER; | : | |
| DAVID QUIGLEY; | : | |
| MCCULLEY, EASTHAM & ASSOC., INC. | : | |
| WHEATLEY FARMS, INC.; | : | |
| E. DALE WHEATLEY; | : | |
| JEFFREY T. WHEATLEY; | : | |
| DISCOVERY COMMUNICATIONS, INC.; | : | |
| STATE OF DELAWARE and | : | |
| the STATE OF DELAWARE | : | |
| DEPARTMENT OF NATURAL | : | |
| RESOURCES AND ENVIRONMENTAL | : | |
| CONTROL, | : | |
| | : | |
|    Defendants. | : | |

## NOTICE OF SERVICE

On March 19, 2018, I certify that I served Defendants State of Delaware and Department of Natural Resources and Environmental Control's Response to Plaintiff's First Set of Requests for Production of Documents and Things and documents bates labeled DNREC 83 – DNREC 221 via e-mail upon the following:

David W. deBruin
The deBruin Firm LLC
1201 North Orange Street, Suite 500
Wilmington, DE  19801
ddebruin@thedebruinfirm.com

Larry W. Fifer
Law Office of Larry W. Fifer
1201-B Savannah Road
Lewes, DE  19958
larry@fiferlaw.com

Sally J. Daugherty
Salmon Ricchezza Singer & Turchi LLP
222 Delaware Avenue, 11th Floor
Wilmington, DE  19801
sdaugherty@srstlaw.com

Gerald J. Hager
Margolis Edelstein
300 Delaware Avenue, Suite 800
Wilmington, DE  19801
ghager@margolisedelstein.com

Mary E. Sherlock
Weber Gallagher Simpson Stapleton Fires & Newby LLP
19 South State Street, Suite 100
Dover, DE  19901
msherlock@wglaw.com

Kevin J. Connors
Marshall, Dennehey, Warner, Coleman & Goggin
1007 N. Orange Street, Suite 600
P.O. Box 8888
Wilmington, DE  19899-8888
kjconnors@mdwcg.com

Louis J. Rizzo, Jr.
Reger Rizzo & Darnall LLP
1523 Concord Pike, Suite 200
Wilmington, DE  19803
Lrizzo@rrkdlaw.com

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Robert F. Phillips
Robert F. Phillips, I.D. No. 2453
Deputy Attorney General
391 Lukens Drive
New Castle, DE  19720
(302) 395-2600
Attorney for DNREC and the State of Delaware