IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUZANNE DAKESSIAN, | : | CASE NO. 1:17-CV-01151 GMS |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WILLIAM SCHELL, IV; | : | JURY TRIAL DEMANDED |
| DOMINICK DAFFNER; WORLD | : | |
| CHAMPIONSHIP PUNKIN' | : | |
| CHUNKIN' INC.; PUNKIN | : | |
| CHUNKIN ASSOCIATION; FRANK | : | |
| PAYTON; FRANK SHADE; TERRY | : | |
| BREWSTER; DAVID QUIGLEY; | : | |
| MCCULLEY, EASTHAM & | : | |
| ASSOCIATES, INC.; WHEATLEY | : | |
| FARMS, INC.; E. DALE | : | |
| WHEATLEY; JEFFREY T. | : | |
| WHEATLEY; DISCOVERY | : | |
| COMMUNICATIONS, INC.; STATE | : | |
| OF DELAWARE and the STATE OF | : | |
| DELAWARE (DEPARTMENT OF | : | |
| NATURAL RESOURCES AND | : | |
| ENVIRONMENTAL CONTROL, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF VIDEO DEPOSITION OF PLAINTIFF,
SUZANNE DAKESSIAN**

PLEASE TAKE NOTICE that the undersigned attorney will take the videotaped deposition of Plaintiff, Suzanne Dakessian, on Wednesday, June 6, 2018 beginning at 9 a.m. in the offices of Marshall Dennehey Warner Coleman &

Goggin, Nemours Building, 1007 N. Orange Street, Suite 600, Wilmington, DE 19801.

                                    MARSHALL DENNEHEY WARNER
                                     COLEMAN & GOGGIN

Date:  June 5, 2018               */s/ Kevin J. Connors*
                                     Kevin J. Connors, Esq. (DE Bar ID 2135)
                                     Nemours Building
                                     1007 N. Orange Street, Suite 600
                                     P.O. Box 8888
                                     Wilmington, DE  19899
                                     T.  302-552-4302
                                     Email:  kjconnors@mdwcg.com
                                     Attorney for Defendants,
                                     World Championship Punkin' Chunkin, Inc.,
                                     Punkin Chunkin Association, Frank Payton,
                                     Frank Shade, Terry Brewster and David
                                     Quigley

LEGAL/116682923.v1