# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| SUZANNE DAKESSIAN, ) ) Plaintiff, ) ) v. ) ) WILLIAM SCHELL, IV, DOMINICK ) DAFFNER, WORLD CHAMPIONSHIP ) PUNKIN' CHUNKIN' INC., PUNKIN ) CHUNKIN ASSOCIATION, FRANK ) PEYTON, FRANK SHADE, TERRY ) BEWSTER, DAVID QUIGLEY, ) MCCULLEY, EASTHAM & ) ASSOCIATES, INC., WHEATLEY ) FARMS, INC., E. DALE WHEATLEY, ) JEFFREY T. WHEATLEY, DISCOVERY ) COMMUNICATIONS, INC.; STATE OF ) DELAWARE; and the STATE OF ) DELAWARE (DEPARTMENT OF ) NATURAL RESOURCES AND ) ENVIRONMENTAL CONTROL). ) ) Defendants. ) | CASE NO.: 1:17-cv-01151-MN<br><br>JURY TRIAL DEMANDED |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Carlos F. Rivera, Esquire to represent plaintiff Suzanne Dakessian in this matter.

Signed: */s/ David W. deBruin*

David W. deBruin, Esq. (Del. Bar I.D. No. 4846)
1201 N. Orange Street, Suite 500
Wilmington, DE 19801
Office: 302.660.2744
Attorney for: Plaintiff Suzanne Dakessian

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Dated: _____          _____
                          Judge Maryellen Noreika

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the United States District Court, District of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office upon the filing of this motion.


Signed: */s/ Carlos F. Rivera*

Date: October 9, 2018

Carlos F. Rivera, Esquire
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-639-9393
crivera@seegerweiss.com