IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUZANNE DAKESSIAN, | : | CASE NO. 1:17-CV-01151 MN |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WILLIAM SCHELL, IV; | : | JURY TRIAL DEMANDED |
| DOMINICK DAFFNER; WORLD | : | |
| CHAMPIONSHIP PUNKIN' | : | |
| CHUNKIN' INC.; PUNKIN | : | |
| CHUNKIN ASSOCIATION; FRANK | : | |
| PAYTON; FRANK SHADE; TERRY | : | |
| BREWSTER; DAVID QUIGLEY; | : | |
| MCCULLEY, EASTHAM & | : | |
| ASSOCIATES, INC.; WHEATLEY | : | |
| FARMS, INC.; E. DALE | : | |
| WHEATLEY; JEFFREY T. | : | |
| WHEATLEY; DISCOVERY | : | |
| COMMUNICATIONS, INC.; STATE | : | |
| OF DELAWARE and the STATE OF | : | |
| DELAWARE (DEPARTMENT OF | : | |
| NATURAL RESOURCES AND | : | |
| ENVIRONMENTAL CONTROL), | : | |
| | : | |
| Defendants. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, and subject to approval by the Court, that all claims and crossclaims against Defendants, Frank Shade, David Quigley and Terry Brewster, only, are hereby dismissed with prejudice.

LAW OFFICES OF MARC ALBERT

 /s/ Marc S. Albert
Marc S. Albert, Esq.
32-72 Steinway Street
Astoria, NY 11103
Pro Hac Counsel for Plaintiff


THE deBRUIN FIRM LLC

 /s/ David W. deBruin
David W. deBruin, Esq.
DE Bar ID 4846
1201 N. Orange St., Ste. 500
Wilmington, DE 19801
Counsel for Plaintiff


MARSHALL DENNEHEY
WARNER COLEMAN & GOGGIN

 /s/ Kevin J. Connors
Kevin J. Connors, Esq.
DE Bar ID 2135
Nemours Building
1007 N. Orange Street, Suite 600
Wilmington, DE 19801
Counsel for Defendants, World
Championship Punkin Chunkin Inc.,
Punkin Chunkin Association, Frank
Payton, Frank Shade, David Quigley
and Terry Brewster

MARGOLIS EDELSTEIN

 /s/ Gerald J. Hager
Gerald J. Hager, Esq.
DE Bar ID 4097
300 Delaware Avenue, Ste. 800
Wilmington, DE 19801
Counsel for Defendant, Discovery
Communications, Inc.


MARGOLIS EDELSTEIN

 /s/ James R. Kahn
James R. Kahn, Esq.
Curtis Center, 170 S. Independence
Mall West, Ste. 400E
Philadelphia, PA 19106-3337
Pro Hac Counsel for Discovery
Communications, Inc.


LAW OFFICE OF
 LARRY W. FIFER

 /s/ Larry W. Fifer
Larry W. Fifer, Esq.
DE Bar ID 366
1201-B Savannah Road
Lewes, DE 19958
Counsel for Defendants,
Dominick Daffner and William
Schell, IV

| | |
|---|---|
| SALMON RICCHEZZA SINGER<br>  & TURCHI LLP | REGER RIZZO & DARNALL, LLP |
| | */s/ Louis J. Rizzo, Jr.* |
| */s/ Sally J. Daugherty* | Louis J. Rizzo, Jr., Esq. |
| Sally J. Daugherty, Esq. | DE Bar ID 3374 |
| DE Bar ID 5473 | Brandywine Plaza East |
| 222 Delaware Avenue, 11th Floor | 1523 Concord Pike, Ste. 200 |
| Wilmington, DE  19801 | Wilmington, DE  19803 |
| Counsel for Defendant, | Counsel for Defendants, |
| McCulley Eastham & Associates | Wheatley Farms, Inc., E. Dale<br>Wheatley and Jeffrey T. Wheatley |
| WEBER GALLAGHER SIMPSON<br>  STAPLETON FIRES & NEWBY,<br>  LLP | STATE OF DELAWARE |
| | */s/ Robert F. Phillips* |
| */s/ Mary E. Sherlock* | Robert F. Phillips, Esq. |
| Mary E. Sherlock, Esq. | DE Bar ID 2453 |
| DE Bar ID 2228 | Ralph Durstein, III, Esq. |
| 19 South State Street, Ste. 100 | DE Bar ID 912 |
| Dover, DE  19901 | Department of Justice |
| Counsel for Intervenor, | 391 Lukens Drive |
| Zurich North America a/s/o | New Castle, DE  19720 |
| Cast and Crew | Counsel for Defendants,<br>State of Delaware and DNREC |

SO ORDERED this _____ day of _____, 2018.

_____
J.

LEGAL/118745616.v1