## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUZANNE DAKESSIAN, | ) |
| | ) |
| Plaintiff, | ) CASE NO.: 1:17-CV-01151-GMS |
| | ) |
| v. | ) JURY TRIAL DEMANDED |
| | ) |
| WILLIAM SCHELL, IV, DOMINICK DAFFNER, WORLD CHAMPIONSHIP PUNKIN' CHUNKIN' INC., PUNKIN CHUNKIN ASSOCIATION, FRANK PEYTON, FRANK SHADE, TERRY BREWSTER, DAVID QUIGLEY, MCCULLEY, EASTHAM & ASSOCIATES, INC., WHEATLEY FARMS, INC., E. DALE WHEATLEY, JEFFREY T. WHEATLEY, DISCOVERY COMMUNICATIONS, INC.; STATE OF DELAWARE; and the STATE OF DELAWARE (DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL); | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SERVICE OF PLAINTIFF'S SUPPLEMENT TO INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26

Please take notice that on October 17, 2018, Plaintiff's Supplement to Initial Disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure was served upon all counsel of record via electronic mail. The supplemental information is listed below:

**Expert Witnesses/Treating Physicians:**

1. Alex Bohanna - Remote Trauma;
2. Christopher Brand - Crane Engineering;
3. Simone Betchin, M.D. - Neurosurgery;
4. Kenneth McCollough, M.D. - Orthopedic Surgery;
5. Wayne Gordon, M.D. - Neuropsychology;
6. Vincent Vicci Jr., O.D. - Neuro-Optometrist;
7. Edmund Provder - Life Care Planning/Vocational Rehabilitation;
8. Richard Lacy, M.D. - Psychiatry;

9. Andrew C. Verzilli, M.B.A. - Economics; and
10. Adrienne Meljian, Phd. - Social Worker/Therapist.

Dated:  October 19, 2018                **THE deBRUIN FIRM LLC**

*/s/ David W. deBruin*
David W. deBruin, Esq. (#4846)
1201 N. Orange Street, Suite 500
Wilmington, DE 19801
Telephone: 302.660.2744
Facsimile: (302) 650-1574
ddebruin@thedebruinfirm.com
*Attorneys for Plaintiff Suzanne Dakessian*

**LAW OFFICES OF MARC S. ALBERT**
Marc S. Albert, Esq.
32-72 Steinway Street
Astoria, New York 11103
Telephone: (347) 472-5080
Facsimile:  (718) 777-0353
malbert@msainjurylaw.com

**SEEGER WEISS, LLP**
Christopher A. Seeger, Esq.
77 Water Street
New York, New York 10005
Telephone: (212) 584-0700
Facsimile:  (212) 584-0799
cseeger@seegerweiss.com

## **CERTIFICATE OF SERVICE**

I, David W. deBruin, hereby certify that on October 19, 2018, I caused a copy the forgoing *Notice of Service* to be served upon all counsel of record via CM-ECF.

                                                 */s/ David W. deBruin*
                                                 David W. deBruin, Esq. (#4846)