IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUZANNE DAKESSIAN, | : | CASE NO. 1:17-CV-01151 GMS |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| WILLIAM SCHELL, IV; DOMINICK DAFFNER; WORLD CHAMPIONSHIP PUNKIN' CHUNKIN' INC.; PUNKIN CHUNKIN ASSOCIATION; FRANK PAYTON; FRANK SHADE; TERRY BEWSTER; DAVID QUIGLEY; MCCULLEY, EASTHAM & ASSOCIATES, INC.; WHEATLEY FARMS, INC.; E. DALE WHEATLEY; JEFFREY T. WHEATLEY; DISCOVERY COMMUNICATIONS, INC.; STATE OF DELAWARE and the STATE OF DELAWARE (DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL), | : : : : : : : : : : : : : : : | TRIAL BY JURY OF TWELVE DEMANDED |
| | : | |
| Defendants. | : | |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, and subject to approval by the Court, that all claims and crossclaims against Defendants, E. Dale Wheatley and Jeffrey Wheatley, only, are hereby dismissed with prejudice.

1

| | |
|---|---|
| LAW OFFICES OF MARC ALBERT | MARGOLIS EDELSTEIN |
| */s/ Marc S. Albert* <br> Marc S. Albert, Esquire <br> (admitted *Pro Hac Vice*) <br> 32-72 Steinway Street <br> Astoria, NY  11103 | */s/ Gerald J. Hager* <br> Gerald J. Hager, Esquire <br> DE Bar ID 4097 <br> 300 Delaware Avenue, Suite 800 <br> Wilmington, DE 19801 |
| *Counsel for Plaintiff* | *Counsel for Defendant,* <br> *Discovery Communications, Inc.* |
| THE DEBRUIN FIRM LLC | MARGOLIS EDELSTEIN |
| */s/ David W. deBruin* <br> David W. deBruin, Esquire <br> DE Bar ID 4846 <br> 1201 North Orange Street, Suite 500 <br> Wilmington, DE 19801 | */s/ James R. Kahn* <br> James R. Kahn, Esquire <br> (admitted *Pro Hac Vice*) <br> Curtis Center, 170 S. Independence <br> Mall West, Ste. 400E <br> Philadelphia, PA 19106-3337 |
| *Counsel for Plaintiff* | *Counsel for Defendant,* <br> *Discovery Communications, Inc.* |
| MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN | LAW OFFICE OF LARRY W. FIFER |
| */s/ Kevin J. Connors* <br> Kevin J. Connors, Esquire <br> DE Bar ID 2135 <br> 1007 N. Orange Street, Suite 600 <br> P.O. Box 8888 <br> Wilmington, DE 19899-8888 | */s/ Larry W. Fifer* <br> Larry W. Fifer, Esquire <br> DE Bar ID 366 <br> 1201-B Savannah Road <br> Lewes, DE 19958 |
| *Counsel for Defendants,* <br> *World Championship Punkin' Chunkin' Inc., Punkin' Chunkin' Association, and Frank Peyton* | *Counsel for Defendants,* <br> *William Schell, IV and  Dominick Daffner* |

| | |
|---|---|
| SALMON RICCHEZZA SINGER & TURCHI LLP | REGER, RIZZO & DARNALL, LLP |
| */s/ Sally J. Daugherty* <br> Sally J. Daugherty, Esquire <br> DE Bar ID 5473 <br> 222 Delaware Avenue, 11th Floor <br> Wilmington, DE 19801 | */s/ Louis J. Rizzo, Jr.* <br> Louis J. Rizzo, Jr., Esquire <br> DE Bar ID 3374 <br> 1523 Concord Pike, Suite 200 <br> Brandywine Plaza East <br> Wilmington, DE 19803 |
| *Counsel for Defendant,* <br> *McCulley, Eastham & Associates, Inc.* | *Counsel for Defendants, Wheatley Farms, Inc.,* <br> *E. Dale Wheatley and Jeffrey Wheatley* |
| WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY LLP | STATE OF DELAWARE |
| */s/ Mary E. Sherlock* <br> Mary E. Sherlock, Esquire <br> DE ID 2228 <br> 19 South State Street, Suite 100 <br> Dover, DE 19901 | */s/ Robert F. Phillips* <br> Robert F. Phillips, Esquire <br> DE Bar ID 2453 <br> Ralph K. Durstein, III <br> DE Bar ID 912 <br> Department of Justice <br> 820 N. French Street, 6th Floor <br> Wilmington, DE 19801 |
| *Counsel for Intervenor Plaintiff,* <br> *American Zurich Insurance Company* | *Counsel for Defendants,* <br> *State of Delaware and State of Delaware Department of Natural Resources and Environmental Control* |

## **ORDER OF DISMISSAL**

SO ORDERED this _____ day of _____, 2018.

_____
J.