IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUZANNE DAKESSIAN, | : | CASE NO. 1:17-CV-01151 MN |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WILLIAM SCHELL, IV; | : | JURY TRIAL DEMANDED |
| DOMINICK DAFFNER; WORLD | : | |
| CHAMPIONSHIP PUNKIN' | : | |
| CHUNKIN' INC.; PUNKIN | : | |
| CHUNKIN ASSOCIATION; FRANK | : | |
| PAYTON; FRANK SHADE; TERRY | : | |
| BREWSTER; DAVID QUIGLEY; | : | |
| MCCULLEY, EASTHAM & | : | |
| ASSOCIATES, INC.; WHEATLEY | : | |
| FARMS, INC.; E. DALE | : | |
| WHEATLEY; JEFFREY T. | : | |
| WHEATLEY; DISCOVERY | : | |
| COMMUNICATIONS, INC.; STATE | : | |
| OF DELAWARE and the STATE OF | : | |
| DELAWARE (DEPARTMENT OF | : | |
| NATURAL RESOURCES AND | : | |
| ENVIRONMENTAL CONTROL), | : | |
| | : | |
| Defendants. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, and subject to approval by the Court, that Plaintiff's Complaint and all claims therein, and all Crossclaims between the Defendants are hereby DISMISSED WITH PREJUDICE.

| | |
|---|---|
| THE deBRUIN FIRM LLC | MARGOLIS EDELSTEIN |
| */s/ David W. deBruin* <br> David W. deBruin, Esq. <br> DE Bar ID 4846 <br> 1201 N. Orange St., Ste. 500 <br> Wilmington, DE 19801 <br> Counsel for Plaintiff | */s/ Gerald J. Hager* <br> Gerald J. Hager, Esq. <br> DE Bar ID 4097 <br> 300 Delaware Avenue, Ste. 800 <br> Wilmington, DE 19801 <br> Counsel for Defendant, Discovery Communications, Inc. |
| LAW OFFICES OF MARC ALBERT | MARGOLIS EDELSTEIN |
| */s/ Marc S. Albert* <br> Marc S. Albert, Esq. <br> 32-72 Steinway Street <br> Astoria, NY 11103 <br> Pro Hac Counsel for Plaintiff | */s/ James R. Kahn* <br> James R. Kahn, Esq. <br> Curtis Center, 170 S. Independence Mall West, Ste. 400E <br> Philadelphia, PA 19106-3337 <br> Pro Hac Counsel for Discovery Communications, Inc. |
| MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN | LAW OFFICE OF LARRY W. FIFER |
| */s/ Kevin J. Connors* <br> Kevin J. Connors, Esq. <br> DE Bar ID 2135 <br> Nemours Building <br> 1007 N. Orange Street, Suite 600 <br> Wilmington, DE 19801 <br> Counsel for Defendants, World Championship Punkin Chunkin Inc., Punkin Chunkin Association, Frank Payton, Frank Shade, David Quigley and Terry Brewster | */s/ Larry W. Fifer* <br> Larry W. Fifer, Esq. <br> DE Bar ID 366 <br> 1201-B Savannah Road <br> Lewes, DE 19958 <br> Counsel for Defendants, Dominick Daffner and William Schell, IV |


| | |
|---|---|
| SALMON RICCHEZZA SINGER & TURCHI LLP | REGER RIZZO & DARNALL, LLP |
| /s/ *Sally J. Daugherty* <br> Sally J. Daugherty, Esq. <br> DE Bar ID 5473 <br> 222 Delaware Avenue, 11th Floor <br> Wilmington, DE 19801 <br> Counsel for Defendant, <br> McCulley Eastham & Associates | /s/ *Lousi J. Rizzo* <br> Louis J. Rizzo, Jr., Esq. <br> DE Bar ID 3374 <br> Brandywine Plaza East <br> 1523 Concord Pike, Ste. 200 <br> Wilmington, DE 19803 <br> Counsel for Defendants, <br> Wheatley Farms, Inc., E. Dale Wheatley and Jeffrey T. Wheatley |
| WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY, LLP | STATE OF DELAWARE |
| /s/ *Mary E. Sherlock* <br> Mary E. Sherlock, Esq. <br> DE Bar ID 2228 <br> 19 South State Street, Ste. 100 <br> Dover, DE 19901 <br> Counsel for Intervenor, <br> Zurich North America a/s/o <br> Cast and Crew | /s/ *Robert F. Phillips* <br> Robert F. Phillips, Esq. <br> DE Bar ID 2453 <br> Ralph Durstein, III, Esq. <br> DE Bar ID 912 <br> Department of Justice <br> 391 Lukens Drive <br> New Castle, DE 19720 <br> Counsel for Defendants, <br> State of Delaware and DNREC |

SO ORDERED this \_\_\_\_\_ day of _____, 2019.

_____
J.

LEGAL/120479339.v1